IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
_____ DIVISION

DAVID LYNN HARPER

PLAINTIFF

VERSUS

HARRISON COUNTY ADULT DETENTION CENTER
HEALTH ASSURANCE L.L.C.
CORRECTIONAL MEDICAL ASSOCIATES

CIVIL ACTION NO. ~~_____~~

1:13-cv-00083

DEFENDANT(S)

## NOTICE OF VOLUNTARY DISMISSAL

As the plaintiff, I hereby dismiss this cause, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. I further attest that this motion is voluntarily made and is not based upon pressure or threats from any source whatsoever.

This the 27 day of MAY, 2013.

_____
Signature of Plaintiff

After reviewing the correspondence from this Court, if you wish to dismiss your case you should fill in your name, the name of the defendant(s) and the case number on this form and return the signed copy of this Notice of Voluntary Dismissal to the Clerk of Court immediately.

PSP-4